AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No.
1045 E Knoll St., Mesa, Arizona 85203 )  22-075MB
and Any Locked and Closed )
Containers/Items Contained Therein )

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ___Arizona___
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A, incorporated by reference

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment B, incorporated by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ___April 13, 2022___
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge on duty in the District of Arizona .
*(name)*

N/A ☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 3/31/2022 @ 1:30 pm    _____
                                              Judge's signature

City and state:  Phoenix Arizona            Michelle H. Burns, U.S. Magistrate Judge
                                              *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 305G-NY-3579547 | Date and time warrant executed: 04/07/2022 07:20AM | Copy of warrant and inventory left with: LISSA VAIL |
| Inventory made in the presence of: SA JESSE JENNINGS | | |

Inventory of the property taken and name of any person(s) seized:

G7 Dell Portable Laptop with power cord
S/N: 1XJT9A01

Acer Laptop with power cord
S/N: NXMG7AA006441003E97200

IPad Air Gen 4 model MYFW2LL/A
S/N: DMPG30BSQ16V

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 04/07/2022

_Executing officer's signature_

TASK FORCE OFFICER RICHARD WEISHAAR
_Printed name and title_